```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $406,500.00 IN U.S. CURRENCY | Case No. 2:21-CM-00231<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

It is hereby stipulated by and between the United States of America ("United States" or "the government"), on the one hand, and claimant Jesse Davenport (the "claimant"), on the other hand, by and through their respective attorneys, as follows:

1.  Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 23, 2021, claimant filed a claim in the FBI administrative forfeiture proceedings to $406,500.00 in U.S.

Currency (United States Asset Identification Number 21-FBI-002974) (the "property.")

2. It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 21, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 22, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is

subject to forfeiture by September 21, 2021 and any right claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to November 22, 2021.

SO STIPULATED.

DATED: September 14, 2021         TRACY L. WILKISON
                                  Acting United States Attorney
                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  JONATHAN GALATZAN
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                   /s/ Victor A. Rodgers
                                  VICTOR A. RODGERS
                                  Assistant United States Attorney

                                  Attorneys for
                                  United States of America

DATED: September 14, 2021         COHEN WILLIAMS LLP



                                   /s/ (per email authorization)
                                  JENNIFER RESNIK

                                  Attorney for Claimant
                                  JESSE DAVENPORT

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 14, 2021**, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

 **X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

>    **Jennifer Resnik**
>    **Cohen Williams LLP**
>    **724 S. Spring Street, 9th Floor**
>    **Los Angeles, CA 90014**
>    **jresnik@cohen-williams.com**
>
>    **Attorneys for**
>    **JESSE DAVENPORT**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 14, 2021** at Los Angeles, California.

*/s/ Helen Wu*
**HELEN WU**
Senior Paralegal